UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: LOVELL, ELOISE D § Case No. 08-73699
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.18 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 5,000.18 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. Balsley | $ 1,250.02 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 1,285.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,142.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA | $ 8,822.87 | $ 601.78 |
| 2 | Student Loan Express/Amreican Education Services | $ 3,685.32 | $ 251.36 |
| 3 | FIA Card Services/Bank of America/MBNA | $ 1,415.69 | $ 96.56 |
| 4 | FIA Card Services/Bank of America/MBNA | $ 12,180.05 | $ 830.75 |
| 5 | Sallie Mae | $ 10,038.78 | $ 684.71 |

UST Form 101-7-NFR (4/1/2009)

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                          *Allowed Amt. of Claim*   *Proposed Payment*
                                      N/A


Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                                          *Allowed Amt. of Claim*   *Proposed Payment*
                                      N/A


The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on May 27, 2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 04/14/2009             By: /s/STEPHEN B. BALSLEY
                                                 Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                  Date Rcvd: May 20, 2009
Case: 08-73699                Form ID: pdf002            Total Served: 15
```

The following entities were served by first class mail on May 22, 2009.
```
db         +Eloise D Lovell,    3133 7th Street,    Rockford, IL 61109-2160
aty        +Dennis L Leahy,    One Court Place, Suite 203,    Rockford, IL 61101-1042
tr         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
13511232   +AES/DDB,    PO BOX 8183,    HARRTISBURG PA 17105-8183
12864008   +AES/NCT,    PO Box 2461,    Harrisburg, PA 17105-2461
12864009   +Associated Bank,    612 N. Main Street,    Rockford, IL 61103-6967
12864010    Bank of America,    PO Box 17309,    Baltimore, MD 21297-1309
13054012   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
12864012    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
12864013   +Christy Peterson,    1607 5th Ave. #2,    Rockford, IL 61104-3203
13617036    FIA CARD SERVICES, NA/BANK OF AMERICA,     BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
             Oklahoma City, OK  73124-8809
12864017   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square Place,    Cincinnati, OH 45202)
13646864   +Sallie Mae,    c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pennsylvania 18706-1496
12864018   +Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
12864021   +Sean Lovell,    3133 7th Street,    Rockford, IL 61109-2160
```
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
             Rockford, IL 61108-2579
12864011*   Bank of America,    PO Box 17309,    Baltimore, MD 21297-1309
12864014*  +Christy Peterson,    1607 5th Ave. #2,    Rockford, IL 61104-3203
12864015*  +Christy Peterson,    1607 5th Ave. #2,    Rockford, IL 61104-3203
12864016*  +Christy Peterson,    1607 5th Ave. #2,    Rockford, IL 61104-3203
12864019*  +Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
12864020*  +Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                               TOTALS: 0, * 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 22, 2009**          **Signature:** _Joseph Speetjens_